IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID A. HELINSKI,

        Plaintiff,

vs.

CANON-McMILLAN SCHOOL
DISTRICT,

        and

SUPERINTENDENT HELEN
MCCRACKEN,
INDIVIDUALLY,

        Defendants.

Civil Action No. 2:12-cv-00202-GLL

## STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned case against the Defendants, Canon-McMillan School District and Helen McCracken, with prejudice. The signatures of counsel of record of all parties are set forth below.

Respectfully submitted,

By:   /s/ Mark E. Scott
      Mark E. Scott, Esquire
      Attorney for Plaintiff,
      David A. Helinski
      Pa I.D. No.37500
      markescott@verizon.net

By:   /s/ Susan T. Roberts
     Susan T. Roberts, Esquire
     Attorney for Defendant,
     Canon-McMillan School District
     Pa I.D. No. 66758
     sroberts@peacockkeller.com

By:   /s/ Roger W. Foley, Jr.
     Roger W. Foley, Jr., Esquire
     Attorney for Defendant,
     Helen McCracken
     Pa I.D. No. _____
     rwf@mbm-law.net

SO ORDERED, THIS 29TH DAY OF MAY, 2012.

_____, C.J.
HON. GARY L. LANCASTER,
CHIEF UNITED STATES DISTRICT JUDGE